IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS RUSSELL HOOPER,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT, et al.,

        Defendants.

Civ. No. 6:17-cv-00031-MC

ORDER

MCSHANE, Judge:

    Defendant North Bend City / Coos Curry Housing Authority (NBCCHA) moves to dismiss with leave to file first amended complaint. (ECF No. 10) Plaintiff does not oppose the motion. Because the complaint fails to state a claim and motion is unopposed, defendant's motion to dismiss (ECF No. 10) is GRANTED.

    Plaintiff has leave to file a First Amended Complaint on or before April 1, 2017.

IT IS SO ORDERED.

    Dated this 1st day of March, 2017.

                                    ___/s/Michael J. McShane_____
                                      **Michael J. McShane**
                                  **United States District Judge**

1 – ORDER